

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00020-CV

City of Dallas, Appellant

v.

Dallas Police and Fire Pension System, Appellee

On Appeal from the 353rd District Court
Travis County, Texas
Trial Court No. D-1-GN-24-004948

## J U D G M E N T

The Court has considered this cause on the joint motion to set aside the trial court's judgment, to dismiss the appeal, and to remand the case for entry of an agreed judgment, and concludes the motion should be granted. We set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the

parties' agreement. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 18th day of December 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox J., Benavides, J. (Senior Judge)
Benavides, J. (Senior Judge), sitting by assignment